UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MSJ RADIO CORP.            )
                           )
                           )
                           )
VS                         )   CA-C-00-49
                           )
                           )
                           )
REINA BROADCASTING INC.    )

United States District Court
Southern District of Texas
FILED

FEB - 4 2000

MICHAEL N. MILBY, CLERK

DOCKET ENTRY

The Court has set a hearing on Plaintiff's Application for TRO for Monday, February 7, 2000 at 9:00 a.m. Parties have been notified by this clerk by telephone.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: Judith F. Alvarez
    Deputy Clerk

February 4, 2000
Date