```
                    CV ACTION NO.: C-00-49
MSJ RADIO CORPORATION          )   COUNSEL:   DAVID SIBLEY
_____)   _____
VS.
REINA BROADCASTING INC.        )   COUNSEL:   TONY CANALES
_____)              PATRICIA CANALES
```

United States District Court
Southern District of Texas
FILED

FEB - 7 2000

MICHAEL N. MILBY, CLERK

```
         JUDGE PRESIDING:   HAYDEN W. HEAD, JR.

COURTROOM CLERK:  Judith F. Alvarez  COURT RECORDER:   Genay Rogan
LAW CLERK: _____  INTERPRETER: _____
U S. MARSHAL/CSO: O. Trejo          U. S. P. O.: _____
DATE: Feb. 7, 2000     OPEN:  8:52 am    ADJOURN:  9:32 am
TAPE: 1/35-1377
```

Case called for HEARING ON TEMPORARY RESTRAINING ORDER. Appearances made. Discussion about the facts of the case. Plaintiff Atty says that the FCC license is owned by the Defts but that they can use it. He says that Defts are not paying the BMI & ASCAP fees, despite the fact that Pltffs are paying their monthly rent. The Defts have kicked out Pltffs from their building and are now running the radio station. Pltff Atty says that the name "Big Rock" and "B94.7" belong to them. The rent is not in dispute, but the expenses are.

Deft Atty Canales states that demand letters have been sent out, and that Plaintiffs are behind in their payments. He says that the license belongs to REINA and because of that the name "Big Rock" and "B94.7" belong to them and have only allowed Pltffs to use them.

Plaintiff says that they want an injunction to prevent Defts from using the names and to stop confusing the public about the source of the radio transmission.

Discussion about the issue of federal jurisdiction. Plaintiff says that this case can be federal or state jurisdiction. Deft argues that this case should be in state court. The Court advises that both parties are citizens of Texas and this court should be moved to state court. Plaintiff advises Court that his client is willing to dismiss the case here and go to state court. Deft Atty says that they would be willing to share the expense of an accountant mediator and try to work out differences. Defts want their money and do not want to run the radio station. Plaintiffs say they are willing to do the same. The Court dismisses the case on Plaintiff's motion. Adjourned.