```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

```
                                                    United States District Court
                                                    Southern District of Texas
                                                           ENTERED

                                                        FEB - 7 2000

                                                    Michael N. Milby, Clerk of Court
```

MSJ RADIO CORPORATION )
)
VS ) CA C-00-49
)
REINA BROADCASTING INC. )

## ORDER OF DISMISSAL

On Plaintiff's motion to dismiss, this case is dismissed without prejudice.

ORDERED this the 7th day of February, 2000.

_____
HAYDEN W. HEAD, JR.
United States District Judge